UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JEROME ELDER, | No. 2:14-cv-0892 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff challenges a prison disciplinary proceeding that resulted in a loss of 180 days good time credits. Upon screening, the court found plaintiff failed to state a potentially cognizable claim and gave plaintiff thirty days to file an amended complaint. (Mar. 7, 2017 Order (ECF No. 15).) Thirty days have passed and plaintiff has not filed an amended complaint or otherwise responded to the court's March 7 order. Plaintiff will be given one more opportunity to amend his complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within thirty days of service of this order. Plaintiff is warned that his failure to file an amended

////

////

////

1

complaint in accordance with the March 7 order will result in a recommendation that this case be dismissed.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

DATED:  April 17, 2017

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/elde0892.fta or

2