UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JEROME ELDER, | No. 2:14-cv-0892 DB P |
| Plaintiff, | |
| v. | ORDER |
| E. E. SANDY, | |
| Defendant. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed August 8, 2017, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form required to effect service on the defendant. On September 11, 2017, plaintiff submitted the USM-285 form filled out to effect service on Gary Swarthout, who was terminated from this case on June 9, 2017, rather than E. E. Sandy.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed send plaintiff one USM-285 form with instruction sheet and copy of the amended complaint filed April 20, 2017; and

///

///

///

1

2. Within thirty days, plaintiff shall submit to the court the USM-285 form, with required additional information outlined in the August 8, 2017 order, required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: September 13, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/elde0892.8f