UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JEROME ELDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E.E. SANDY,<br><br>　　　　　Defendant. | No. 2:14-cv-0892 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On June 7, 2018, the undersigned recommended dismissal of this action. On June 22, 2018, plaintiff filed timely objections to the undersigned's findings and recommendation. However, plaintiff did not sign that document. Filings must include the original signature of the filing party. Fed. R. Civ. P. 11(a); E.D. Cal. R. 131(b).

In light of plaintiff's failure to sign his filing, it is HEREBY ORDERED that:

1. Plaintiff's objections filed June 22, 2018 (ECF No. 40) are stricken from the record.
2. Plaintiff may file new, signed objections within fourteen days of the date of this order.

Plaintiff is reminded that the failure to file objections within the specified time may

////

////

////

1

result in waiver of the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 3, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/elde0892.unsigned